**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| TALES.COM, INC.,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:25-CV-02970<br><br>JUDGE LINDSAY C. JENKINS |

**FINAL JUDGMENT ORDER**

This action, having been commenced by Tales.com, Inc. ("Tales" or "Plaintiff") against the Defendants identified on the Amended Schedule A to the Complaint, and using the online marketplace accounts identified therein (also referred to as the "Defendant Internet Stores" or "Seller Aliases"), and Tales, having moved for entry of Default and Default Judgment against the defendants identified on Amended Schedule A, attached hereto, with the exception of certain Defendants[1] (collectively, the "Defaulting Defendants");

This Court, having entered upon a showing by Tales, a Temporary Restraining Order and Preliminary Injunction against Defaulting Defendants, which included an asset restraining order;

Tales, having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or email, along with any notice that Defaulting Defendants received from payment processors and online marketplaces, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and,

---

[1] Tales' Motion for Entry of Default and Default Judgment does not apply to the following Defendants: 40. Fangoo US; 51. JIUDOYN; 59. HOWHYUE; 73. Zxbaers; and 121 YIDU Co.Ltd.

1

None of the Defaulting Defendants having answered the Amended Complaint or appeared in any way, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants, since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. In the context of similar cases, ". . . a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its infringing goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In the present case, Plaintiff has presented screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois residents, by operating one or more commercial, interactive Internet Stores, through which Illinois residents can and do purchase products using infringing versions of Plaintiff's copyrights (the "Infringing Products"). *See* Docket No. [23], which includes screenshot evidence, confirming that each Defaulting Defendant does stand ready, willing, and able to ship the Infringing Products to customers in Illinois, and the goods of which infringe upon the federally registered Tales Copyrights, identified in Exhibit 1 to the Amended Complaint (referred to herein as "Tales Copyrights").

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful copyright infringement, pursuant to 17 U.S.C. § 504(c).

IT IS HEREBY ORDERED that Tales's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.      Defaulting Defendants, their affiliates, agents, servants, employees, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

a.      using the Tales Copyrights, or any reproductions, infringing copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Tales Product or not authorized by Tales to be sold in connection with the Tales Copyrights;

b.      passing off, inducing, or enabling others to sell or pass off any product as a genuine Tales Product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Tales and approved by Plaintiff, for sale under Plaintiff's Tales  Copyrights;

c.      committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Tales;

d.      further infringing Plaintiff's Tales Copyrights and damaging Plaintiff's goodwill;

e.      shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's Tales Copyrights, or any reproductions, infringing copies or colorable imitations thereof;

f.      using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell products bearing Tales Copyrights; and,

g.      operating and/or hosting websites at any other online marketplace or domain name registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Tales Copyrights, or any reproductions, infringing copies, or colorable imitations thereof, that is not a genuine Tales Product, or not authorized by Plaintiff to be sold in connection with the Plaintiff's Tales Copyrights.

2.      Those in privity with Defaulting Defendants, and with actual notice of this Order, including any online marketplaces, including but not limited to, AliExpress, Inc. ("AliExpress"); Amazon, Inc. ("Amazon"); eBay, Inc. ("eBay"); SHEIN.com ("SHEIN"); WhaleCo, Inc. d/b/a Temu ("Temu"); and Walmart, Inc. ("Walmart") (collectively referred to as the "Online Marketplaces"); as well as PayPal, Inc. ("PayPal"), Payoneer, Inc. ("Payoneer"), Stripe, Inc. ("Stripe"), Amazon Payments, Inc. ("Amazon Payments"), and Alipay US, Inc. ("Alipay") (collectively referred to herein as "Payment Processors") , shall within five (5) business days of receipt of this Order:

a   Disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of infringing goods using the Tales Copyrights, including any accounts associated with Defaulting Defendants;

b   Disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Tales Copyrights; and

c    Take all steps necessary to prevent links to the online marketplace accounts identified on Amended Schedule A, from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

3.    Pursuant to 17 U.S.C. § 504(c)(2), Tales is awarded statutory damages from each of Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful copyright infringement of the Tales Copyrights. The fifty thousand dollar ($50,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases on Amended Schedule A to the Complaint.

4.    Defendants and any third party with actual notice of this Order who is providing services for any of Defaulting Defendants, or in connection with any of Defaulting Defendant's websites at the online marketplace accounts or other websites operated by Defaulting Defendants, including, without limitation, the Online Marketplaces, Payment Processors, merchant account providers, distributors, shippers, and domain name registrars (collectively referred to herein as "Third-Party Providers") shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or websites, from transferring or disposing of any money or other of Defaulting Defendants' assets.

5.    All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Third-Party Providers, are hereby released to Tales as partial payment of the above-identified damages, and the Third-Party Providers are ordered to release to Tales the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

6.    Until Tales has recovered full payment of monies owed to it by any Defaulting Defendant, Tales shall have the ongoing authority to serve this Order on the Online Marketplaces,

Payment Processors and any banks, savings, and loan associations, Third-Party Providers, third party payment processors, or other financial institutions, for any Defaulting Defendant or any of Defaulting Defendants' online marketplace accounts or websites, in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Third-Party Providers shall within five (5) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites, including, but not limited to, any accounts connected to the information listed in the Amended Schedule A and the email addresses associated with Defaulting Defendants that are identified by either Defaulting Defendants or third parties;

    b. Restrain and enjoin such accounts or funds that are based internationally, from transferring or disposing of any money or other assets of Defaulting Defendants; and,

    c. Release all monies restrained in Defaulting Defendants' accounts to Tales, as partial payment of the above-identified damages;

    d. Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Seller Aliases shall disable and/or cease facilitating access to the Seller Aliases, including any other online marketplace accounts or seller alias names identified and/or being used and/or controlled by Defaulting Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using infringing copies or reproductions of Plaintiff's Tales Copyrights.

7. In the event that Tales identifies any additional online marketplace accounts, domain names, third-party payment processors, and/or financial accounts owned by Defaulting Defendants, Tales may send notice of any supplemental proceeding to Defaulting Defendants by

email at the email addresses originally identified and served, and any email addresses provided for Defaulting Defendants by third-parties.

This is a Final Judgment.

Dated: June 17, 2025

United States District Court Judge Lindsay C. Jenkins

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TALES.COM, INC.,

PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

DEFENDANTS.

CASE NO.: 25-CV-02970

JUDGE LINDSAY C. JENKINS

## AMENDED SCHEDULE A

| No. | Defendant Store Name | Marketplace URL |
|-----|----------------------|-----------------|
| 1 | Unique Baby Store | https://www.aliexpress.com/store/1100884659 |
| 2 | Dropship Pro Store | https://www.aliexpress.com/store/1101371387 |
| 3 | Cuty Babybling Store | https://www.aliexpress.com/store/1101425746 |
| 4 | Winnie Baby Store | https://www.aliexpress.com/store/1101427375 |
| 5 | Pedido Yampi Store | https://www.aliexpress.com/store/1101527052 |
| 6 | Minzhizhen-YY Store | https://www.aliexpress.com/store/1101840024 |
| 7 | YUKI Personal Care Store | https://www.YUKI.aliexpress.com/store/1102045537 |
| 8 | TOP Smart Accessory Store | https://www.aliexpress.com/store/1102572014 |
| 9 | Sunlly Store | https://www.aliexpress.com/store/1102858929 |
| 10 | The Baby Boutique Store | https://www.aliexpress.com/store/1102921803 |
| 11 | SSweet1128 Store | https://www.aliexpress.com/store/1102925003 |
| 12 | Shop1102988550 Store | https://www.aliexpress.com/store/1102983861 |
| 13 | Shop1103029145 Store | https://www.aliexpress.com/store/1103024165 |
| 14 | MOJOYCE Speciality Bag Store | https://www.aliexpress.com/store/1103207608 |
| 15 | Shop1103289122 Store | https://www.aliexpress.com/store/1103286107 |
| 16 | Fashionable bags online Store | https://www.aliexpress.com/store/1103322019 |
| 17 | Sportin Outdoors Store | https://www.aliexpress.com/store/1103322045 |
| 18 | All-category Store | https://www.aliexpress.com/store/1103329129 |
| 19 | Home-Treasure Store | https://www.aliexpress.com/store/1103338259 |
| 20 | Shop1103349090 Store | https://www.aliexpress.com/store/1103359057 |
| 21 | Wall Ker OutdoorParts Store | https://www.aliexpress.com/store/1103400254 |
| 22 | Shop1103411023 Store | https://www.aliexpress.com/store/1103416014 |
| 23 | Digital & Stationery Store | https://www.aliexpress.com/store/1103425120 |
| 24 | Ali Choice Direct Sales Store | https://www.aliexpress.com/store/1103561122 |

1

| Def. No. | Defendant Store Name | Marketplace URL |
|---|---|---|
| 25 | LUCK Lucky Store | https://www.aliexpress.com/store/1103609619 |
| 26 | MOJOYCE Factory Store | https://www.aliexpress.com/store/1103752188 |
| 27 | All Categories Factory 01 Store | https://www.aliexpress.com/store/1103752279 |
| 28 | Audio Video Equipment Store | https://www.aliexpress.com/store/1103808288 |
| 29 | Shop1103850473 Store | https://www.aliexpress.com/store/1103850474 |
| 30 | Choice For Dropshipping Store | https://www.aliexpress.com/store/1103864093 |
| 31 | Shop1103886787 Store | https://www.aliexpress.com/store/1103875898 |
| 32 | GMY Special Store | https://www.aliexpress.com/store/1103887336 |
| 33 | DIY Dream World Store | https://www.aliexpress.com/store/1103887585 |
| 34 | Keep Positive Store | https://www.aliexpress.com/store/1103946053 |
| 35 | X Electronics Store | https://www.aliexpress.com/store/1104202502 |
| 36 | Carcareb Store | https://www.aliexpress.com/store/1104204446 |
| 37 | Shop1104381090 Store | https://www.aliexpress.com/store/1104381091 |
| 38 | 百桐 / Baitong | https://www.amazon.com/sp?seller=A11LROEC4WY6S8 |
| 39 | XinXinStore | https://www.amazon.com/sp?seller=A14U467SENWC8V |
| 40 | EXCEPTION | EXCEPTION |
| 41 | xiexiaorong-us | https://www.amazon.com/sp?seller=A1AJPZ2ZBV1CBG |
| 42 | DISMISSED | DISMISSED |
| 43 | dilisi | https://www.amazon.com/sp?seller=A1FVGEJEZOP23S |
| 44 | JM Trustmay | https://www.amazon.com/sp?seller=A1H1QV38E3IJXT |
| 45 | Lion-shop ★★★★ | https://www.amazon.com/sp?seller=A1RL7PMBZYI8UE |
| 46 | DISMISSED | DISMISSED |
| 47 | DISMISSED | DISMISSED |
| 48 | Doolmin Direct | https://www.amazon.com/sp?seller=A217VLCP7P100I |
| 49 | A little Luck | https://www.amazon.com/sp?seller=A281BZFGKSBW1M |
| 50 | TianRui-US | https://www.amazon.com/sp?seller=A2AQC3GN174WHX |
| 51 | EXCEPTION | EXCEPTION |
| 52 | Kindmin US | https://www.amazon.com/sp?seller=A2CC36ZAMR3Q0G |
| 53 | land scape | https://www.amazon.com/sp?seller=A2F0G5YUZR52JF |
| 54 | Zuukhard | https://www.amazon.com/sp?seller=A2FF4730F9MO1E |
| 55 | DYKay | https://www.amazon.com/sp?seller=A2G74J4FOY9K5R |
| 56 | DISMISSED | DISMISSED |
| 57 | NNANZI | https://www.amazon.com/sp?seller=A2M00ZPRTSJVIM |
| 58 | DISMISSED | DISMISSED |
| 59 | EXCEPTION | EXCEPTION |
| 60 | GANZHOUHONGCHENG | https://www.amazon.com/sp?seller=A2WTPJY35VIMVH |
| 61 | DISMISSED | DISMISSED |
| 62 | ZHAOLIANGCHANGHALUBAMAO | https://www.amazon.com/sp?seller=A366PHF8K4ZMPP |
| 63 | LHYUCYC | https://www.amazon.com/sp?seller=A37PCEEAKVV83K |
| 64 | IMOLL | https://www.amazon.com/sp?seller=A3D1WGG8HCFMXA |
| 65 | DISMISSED | DISMISSED |
| 66 | Yangfan US | https://www.amazon.com/sp?seller=A3MB4UE05KORVS |
| 67 | candisea | https://www.amazon.com/sp?seller=A3RQBQRBKX666O |

| Def. No. | Defendant Store Name | Marketplace URL |
|---|---|---|
| 68 | Freshopping (Arrival in 7-15 days) | https://www.amazon.com/sp?seller=A3U0M2MNNFJZIU |
| 69 | **DISMISSED** | **DISMISSED** |
| 70 | Yisquar | https://www.amazon.com/sp?seller=A6WAUBS891OZG |
| 71 | **DISMISSED** | **DISMISSED** |
| 72 | JoyfulHao | https://www.amazon.com/sp?seller=A8C25K2DSNBTX |
| 73 | **EXCEPTION** | **EXCEPTION** |
| 74 | ✈7-12 delivery✈ Dream Xi Co., Ltd. | https://www.amazon.com/sp?seller=AFTVE7GPH1LQT |
| 75 | JIANGJIANGMAOYI | https://www.amazon.com/sp?seller=AJ4T8O5N705S |
| 76 | **EXCEPTION** | **EXCEPTION** |
| 77 | **DISMISSED** | **DISMISSED** |
| 78 | BWFDR | https://www.amazon.com/sp?seller=AK906DXUAIAB4 |
| 79 | 胡辣汤 / Soup with Pepper | https://www.amazon.com/sp?seller=AKDPA1NAYD3OD |
| 80 | **DISMISSED** | **DISMISSED** |
| 81 | xz1123 | https://www.amazon.com/sp?seller=ASYS4XYABEA8L |
| 82 | **DISMISSED** | **DISMISSED** |
| 83 | **DISMISSED** | **DISMISSED** |
| 84 | emporio_de_excelencia | https://www.ebay.com/str/emporiodeexcelencia |
| 85 | LevelUp Epic Case Quest | https://www.ebay.com/str/levelupepiccasequest |
| 86 | LORBY SHOP BY ANGARA | https://www.ebay.com/usr/lorbyshop |
| 87 | **DISMISSED** | **DISMISSED** |
| 88 | official_crownmarket | https://www.ebay.com/str/officialcrownmarket |
| 89 | sha-728766 | https://www.ebay.com/usr/sha-728766 |
| 90 | skypmac | https://www.ebay.com/usr/skypmac |
| 91 | Yu W | https://us.shein.com/store/home?store_code=5044452211 |
| 92 | XIN CHU | https://us.shein.com/store/home?store_code=7845323266 |
| 93 | jinyu store | https://us.shein.com/store/home?store_code=9140389469 |
| 94 | WJQ Household Products | https://www.temu.com/m-5666241552012.html |
| 95 | STAFKIRE | https://www.temu.com/m-634418211567489.html |
| 96 | Mai Long | https://www.temu.com/m-634418212785611.html |
| 97 | Haidar | https://www.temu.com/m-634418213523096.html |
| 98 | Halo Hopo | https://www.temu.com/m-634418214541623.html |
| 99 | HallvarDr | https://www.temu.com/m-634418214611565.html |
| 100 | JOKIY | https://www.temu.com/m-634418214961622.html |
| 101 | SEEF | https://www.temu.com/m-634418215808103.html |
| 102 | WinnieYe | https://www.temu.com/m-634418216055866.html |
| 103 | NASELECT | https://www.temu.com/m-634418218771389.html |
| 104 | ASKMall | https://www.temu.com/m-634418219032012.html |
| 105 | Tsuch | https://www.temu.com/m-634418212060885.html |
| 106 | Tupai Selection | https://www.temu.com/m-634418212591275.html |
| 107 | Bezos Board Game | https://www.temu.com/m-634418213411203.html |
| 108 | Noah shop | https://www.temu.com/m-634418214079779.html |
| 109 | **DISMISSED** | **DISMISSED** |

| Def. No. | Defendant Store Name | Marketplace URL |
|---|---|---|
| 110 | ForFunGift | https://www.temu.com/m-634418215345689.html |
| 111 | VESPA Decor | https://www.temu.com/m-634418216045263.html |
| 112 | DISMISSED | DISMISSED |
| 113 | HDGS | https://www.temu.com/m-634418216376184.html |
| 114 | EXCEPTION | EXCEPTION |
| 115 | MLQIDK | https://www.walmart.com/reviews/seller/101229863 |
| 116 | DISMISSED | DISMISSED |
| 117 | DISMISSED | DISMISSED |
| 118 | MAIJIU | https://www.walmart.com/reviews/seller/101630625 |
| 119 | Shishijiutonggemaoyiyouxianzerengongsi | https://www.walmart.com/reviews/seller/101631124 |
| 120 | NEWPOWER | https://www.walmart.com/reviews/seller/101652763 |
| 121 | ███████ | █████████████████████ |
| 122 | DISMISSED | DISMISSED |
| 123 | DISMISSED | DISMISSED |

4