**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TALES.COM, INC, | |
| PLAINTIFF, | CASE NO.: 1:25-CV-02970 |
| V. | |
| | JUDGE LINDSAY C. JENKINS |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | |
| | MAGISTRATE JUDGE BETH W. JANTZ |
| DEFENDANTS. | |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on June 17, 2025 [83], in favor of the Plaintiff, Tales.com, Inc ("Plaintiff"), and against the Defendants Identified on Schedule A to the Complaint in the amount of fifty thousand dollars ($50,000) per Defaulting Defendant for willful copyright infringement of the Tales Coyrights in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant(s):

| NO. | DEFENDANT |
|---|---|
| 48 | Doolmin Direct |

1

2

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: October 22, 2025        Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison K. Carter
Gouthami V. Tufts
John J. Mariane

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
E-mail: am.sullivan@scip.law

***ATTORNEYS FOR PLAINTIFF***

2